UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE STEPHEN CRUZ, | No. 2:13-cv-2079 AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY DETENTION FACILITY, | |
| Defendants. | |

Plaintiff, a Solano County jail inmate, filed this action pursuant to 42 U.S.C. § 1983. By a filing dated October 21, 2013, plaintiff consented to the jurisdiction of the undersigned. By order filed March 11, 2014, the court granted plaintiff twenty-eight days to file an amended complaint. In the March 11th order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff was cautioned that failure to file an amended complaint would result in dismissal of this action. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed with prejudice.

////

////

////

1 | See Local Rule 110; Fed. R. Civ. P. 41(b).

2 | DATED: April 25, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE